sak/ 189

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

RE:  Doris Joan Tackett                                    CASE NO:     4:04-bk-18681 E
                                                                        Chapter 13

ORDER

COMES NOW BEFORE THE COURT, on 11/17/2009, the Trustee's Motion to Dismiss because of the debtor's inability to complete the plan within sixty months.  Appearing were Kent Pray for the debtors and Patt Pine for the Trustee.  From the Courts records herein, and from statements and arguments of counsel, the Court finds that the debtor's plan will not be completed within sixty months from its effective date, as required by 11 U.S.C. Section 1322(c), the debtor's plan having been confirmed on January 11, 2005.

IT IS THEREFORE ORDERED, that this case should be, and hereby is, dismissed without prejudice.

Date:  11/17/2009                                          /s/  Audrey R. Evans

                                                           Audrey R. Evans
                                                           U.S. Bankruptcy Judge

cc:   Joyce Bradley Babin, Trustee

      Kent Pray
      P O Box 94224
      North Little Rock, AR  72190

      Doris Joan Tackett
      576 Atkins Rd.
      Alexander, AR  72002